**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 0:23-cv-60237-WPD**

RUHI REIMER, individually, and on
behalf of all others similarly situated,

    Plaintiff,

v.

HIGHLAND HEALTH DIRECT, LLC.,
IAN MCAUSLIN, DANIEL STRIKOWSKI,

    Defendants.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

    Plaintiff RUHI REIMER, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal Without Prejudice.

    Respectfully submitted this 13th day of September, 2023.

/s/ Eric W. Kem
Eric W. Kem FBN: 0106042
**ERIC KEM INJURY LAWYERS**
2233 NW 41st Street, Suite 700-H
Gainesville, FL 32606
Tel: 352.356.5075
Fax: 352.565.5341
ekem@kemlawfirm.com

### CERTIFICATE OF SERVICE

    I CERTIFY THAT ON September 13, 2023, I electronically filed this document with the Clerk of Court using CM/ECF, which will automatically send email notification to all attorneys of record.

/s/ Eric W. Kem
Eric W. Kem FBN: 0106042